470 A.2d 1021

Commonwealth v. Taylor, Appellant.

Submitted October 24, 1983. James S. Bruno, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and HOFFMAN, JJ.

Appeal quashed.